```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 18381
    JOSEPH BENSON
                                                  CHAPTER 13

                                                  JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-7173


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/06/2007 and was confirmed 11/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID            PAID
--------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG           .00              .00             .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE           .00              .00             .00
COOK COUNTY TREASURER     SECURED               45.00              .00           45.00
UNION AUTO                SECURED VEHIC           .00              .00             .00
CAPITAL ONE               UNSEC W/INTER      1030.90              .00             .00
FIRST PREMIER BANK        UNSEC W/INTER  NOT FILED                .00             .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER      1484.32              .00             .00
AT&T                      UNSEC W/INTER  NOT FILED                .00             .00
PEOPLES ENERGY            UNSEC W/INTER  NOT FILED                .00             .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER       160.16              .00             .00
CITIFINANCIAL INC         CURRENT MORTG           .00              .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        3,131.50                         1,499.08
TOM VAUGHN                TRUSTEE                                               121.10
DEBTOR REFUND             REFUND                                                   .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    1,665.18

PRIORITY                                             .00
SECURED                                            45.00
UNSECURED                                            .00
ADMINISTRATIVE                                  1,499.08
TRUSTEE COMPENSATION                              121.10
DEBTOR REFUND                                        .00
                          ---------------    ---------------
TOTALS                     1,665.18             1,665.18
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 10/23/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 07 B 18381 JOSEPH BENSON
```